**EXHIBIT A**

{1368.002-W0082341.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) |
| FTX RECOVERY TRUST, <br><br> Plaintiff, <br> - against - <br><br> AMERICAN VALUES COALITION, INC., <br><br> Defendant. | Adv. Pro. No. 24-50191(KBO) <br><br><br> **Adv. Ref. Nos. 1, 3, 5, 9, 15, 20 & 24** |

**SIXTH STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on November 8, 2024, Plaintiff FTX Recovery Trust [2] (the "Plaintiff") commenced the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548 and 550 and Del. Code. Ann. Tit. 6, §§ 1304 and 1305* [Adv. D.I. 1] (the "Complaint") against Defendant American Values Coalition, Inc. (the "Defendant" and together with the Plaintiff, the "Parties");

WHEREAS, on November 13, 2024, a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* (the "Summons") was issued;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554] and the *Notice of Substitution of Plaintiff* [Adv. D.I. 12], the FTX Recovery Trust is now the proper plaintiff and has substituted in for debtors FTX Trading Ltd., Alameda Research Ltd., West Realm Shires, Inc., West Realm Shires Services, Inc., and North Dimension Inc. that initially filed this action.

{1368.002-W0082305.}

WHEREAS, on November 15, 2024, the Plaintiffs caused the Complaint, Summons, and *Notice of Dispute Resolution Alternatives* to be served on the Defendant [Adv. D.I. 3];

WHEREAS, the Defendant has agreed to accept service and waive its objections, if any, to service of process;

WHEREAS, the Defendant's deadline to answer, move, or otherwise respond to the Complaint (the "Response Deadline") is December 13, 2024;

WHEREAS, pursuant to rule 7004-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Plaintiff noticed a pretrial conference (the "Pretrial Conference") for January 23, 2025 at 10:00 a.m. (ET);

WHEREAS, on December 16, 2024, the Court entered the *Order Approving Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 5], extending the Response Deadline to January 29, 2025 and adjourning the Pretrial Conference to February 27, 2025 at 10:00 a.m. (ET);

WHEREAS, on January 28, 2025, the Court entered the *Order Approving Second Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 9], extending the Response Deadline to March 31, 2025 and adjourning the Pretrial Conference to April 17, 2025 at 10:00 a.m. (ET);

WHEREAS, on March 28, 2025, the Court entered the *Order Approving Third Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 15], extending the Response Deadline to April 30, 2025 and adjourning the Pretrial Conference to May 14, 2025 at 9:30 a.m. (ET);

WHEREAS, on April 30, 2025, the Court entered the *Order Approving Fourth Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint*

[Adv. D.I. 20], extending the Response Deadline to May 30, 2025 and adjourning the Pretrial Conference to June 25, 2025 at 9:30 a.m. (ET);

WHEREAS, on May 29, 2025, the Court entered the *Order Approving Fifth Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Adv. D.I. 24], extending the Response Deadline to June 30, 2025 and adjourning the Pretrial Conference to July 22, 2025 at 9:30 a.m. (ET);

WHEREAS, the Parties have conferred and agree, as set forth herein, to extend the Response Deadline and adjourn the Pretrial Conference.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The Response Deadline is extended to and including July 30, 2025.

2. The Pretrial Conference is adjourned to August 12, 2025 at 9:30 a.m. (ET).

3. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated: June 30, 2025

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
    cobb@lrclaw.com
    mcguire@lrclaw.com
    robertson@lrclaw.com

*Counsel for Plaintiff*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Michael J. Pankow*
Michael J. Pankow
675 15th Street, Suite 2900
Denver, Colorado 80202
Tel: (303) 223-1100
E-mail: mpankow@bhfs.com

*Counsel for Defendant*