# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br><br>           - against -<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>                  Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br><br>           -against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>                  Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0083369.}

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>    - against -<br><br>AMERICAN VALUES COALITION, INC.,<br><br>       Defendant. | Adv. Pro. No. 24-50191 (KBO) |
| FTX RECOVERY TRUST,<br><br>       Plaintiff,<br><br>    -against-<br><br>NAWAAZ MOHAMMAD MEERUN<br><br>       Defendant. | Adv. Pro. No. 24-50198 (KBO) |
| NFT<br>FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>    - against -<br><br>PROSPERITY ALLIANCE, INC.,<br><br>       Defendant. | Adv. Pro. No. 24-50201 (KBO) |
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>    - against -<br><br>WORKING AMERICA,<br><br>       Defendant. | Adv. Pro. No. 24-50204 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>   -against-<br><br>SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING,<br><br>      Defendants. | Adv. Pro. No. 24-50209 (KBO) |
| FTX RECOVERY TRUST,<br><br>      Plaintiffs,<br><br>   - against -<br><br>THE GOODLY INSTITUTE dba GOODLY LABS,<br><br>      Defendant. | Adv. Pro. No. 24-50212 (KBO) |
| FTX RECOVERY TRUST,<br><br>      Plaintiffs,<br><br>   - against -<br><br>MANIFOLD MARKETS, INC,<br><br>      Defendant. | Adv. Pro. No. 24-50214 (KBO) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>   -against-<br><br>DENG JUN, SHEN LING, TU JING, DENG DINGYUAN, DENG LAN, DENG JIAN, TU FAN, PAN YANG LIAN, HU JINGMING, HU SIFENG, YANG YUHUA, QIN YONG QIANG, HUANG YAO, DAI FUYANG, FU LING, CHEN | Adv. Pro. No. 24-50220 (KBO) |

| | |
|---|---|
| CHAO, SHEN LIUGEN, LIN GUODONG, YANG YIBO, XU MIN, XU HONG, WAN JIAN, WU QIAO, WU TIANMING, LI PING, JIA SHUYUN, and JOHN DOES 1-20<br><br>                    Defendants. | |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>          - against -<br><br>KUROSEMI INC.,<br><br>                    Defendant. | Adv. Pro. No. 25-50635 (KBO) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>          - against -<br><br>NFT STARS LIMITED,<br><br>                    Defendant. | Adv. Pro. No. 25-50636 (KBO) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NEWURTH S.A., B TRANSFER SERVICES LIMITED, BT PAYMENT SERVICES NIGERIA LTD, TRANSFERZERO MONEY TRANSFER EP SA, BT PAYMENTS SERVICES UGANDA LTD, ELIZABETH ROSSIELLO, ADAM GOUVEIA, MARLEEN HAYE, CALLUM DRYDEN, MIN-SI WANG, CHARLENE CHEN, LINDA LEVINSON, and TOMOYUKI NII,<br><br>                    Defendants. | Adv. Pro. No. 25-51054 (KBO) |

|  |  |
|---|---|
| FTX RECOVERY TRUST, and LP DIGITAL ASSET OPPORTUNITIES MASTER FUND SUCCESSOR LP,<br><br>                                 Plaintiffs,<br><br>                -against-<br><br>WANDILLA HOLDINGS LIMITED,<br><br>                                Defendants. | Adv. Pro. No. 25-51059 (KBO) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 11, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

    Status: This matter is adjourned to a date to be determined.

2. FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]

    Status: This matter is adjourned to a date to be determined.

---

[2]     **Amended items appear in bold.**

3. FTX Recovery Trust's One Hundred Eighty-Seventh (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 31794 & 31803, filed on July 22, 2025]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

4. FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 31795 & 31804, filed on July 22, 2025]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

5. FTX Recovery Trust's One Hundred Eighty-Ninth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 31796 & 31805, filed on July 22, 2025]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

6. FTX Recovery Trust's One Hundred Ninetieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 31797 & 31806, filed on July 22, 2025]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

7. FTX Recovery Trust's One Hundred Ninety-Second (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims) [D.I. 31799 & 31808, filed on July 22, 2025]

   Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

8.  FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [D.I. 31949, filed on July 25, 2025]

    Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

9.  Motion by Claimant Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow that Claim, or, in the Alternative, to Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [D.I. 32061, filed on August 1, 2025]

    Status: This matter is adjourned to the hearing scheduled for October 23, 2025.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

10. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 – Adv. D.I. 3, filed on December 13, 2024]

    Status: This matter is adjourned to a date to be determined.

11. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al*., Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

    Status: This matter is adjourned to a date to be determined.

12. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

    Status: This matter is adjourned to the hearing scheduled for October 23, 2025.

13. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

    Status: **This matter is adjourned to a date to be determined**.

14. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. American Values Coalition, Inc.*, Adv. No. 24-50191 – Adv. D.I. 3, filed on November 26, 2024]

    Status: This matter is adjourned to a date to be determined.

15. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Working America*, Adv. No. 24-50204 – Adv. D.I. 6, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

16. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc.*, Adv. No. 24-50214 – Adv. D.I. 3, filed on November 26, 2024]

    Status: This matter is adjourned to a date to be determined.

17. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. v. Jun et al.,* Adv. No. 24-50220]

    Status: This matter is adjourned to the hearing scheduled for October 23, 2025.

18. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

    Status: This matter is adjourned to a date to be determined.

19. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. NFT Stars Limited*, Adv. No. 25-50636 – Adv. D.I. 3, filed on May 1, 2025]

    Status: This matter is adjourned to the hearing scheduled for October 23, 2025.

20. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. NeWurth S.A. et al.*, Adv. No. 25-51054 – Adv. D.I. 3 & 4, filed on July 15 & 31, 2025]

    Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS**:

21. Motion of the FTX Recovery Trust for an Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [D.I. 32305, filed on August 11, 2025]

    Status: On August 28, 2025, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

22. Motion to Shorten Notice with Respect to Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 § 554(b) [D.I. 32632, filed on September 2, 2025]

    Status: On September 8, 2025, the Court entered an order denying the relief requested. Accordingly, a hearing regarding this matter is not required.

23. FTX Recovery Trust's One Hundred Ninety-First (Substantive) Omnibus Objection to Certain Misclassified Claims (Customer Claims) [D.I. 31798 & 31807, filed on July 22, 2025]

    Status: **A certificate of no objection has been filed and an order has been uploaded for entry**. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

**RESOLVED MATTERS – ADVERSARY PROCEEDINGS**:

24. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Wandilla Holdings Limited*, Adv. No. 25-51059 – Adv. D.I. 3, filed on July 28, 2025]

    Status: A case management plan and scheduling order has been entered. Accordingly, a hearing regarding this matter is not required.

**ADVERSARY MATTERS GOING FORWARD:**

25. Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [*FTX Recovery Trust v. SkyBridge Capital II, LLC et al.*, Adv. No. 24-50209 – Adv. D.I. 22, filed on January 24, 2025]

    Response Deadline: April 8, 2025

    Responses Received:

    A. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 52, filed on April 8, 2025]

    Related Documents:

    A. [SEALED] Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 23, filed on January 24, 2025]

    B. [SEALED] Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 24, filed on January 24, 2025]

C. Defendants' Motion to Exceed the Page Limit with Respect to the Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 25, filed on January 24, 2025]

D. Order Granting Plaintiff's Motion to Exceed Page Limit with Respect to Its Memorandum of Law in Opposition to Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 54, filed on April 9, 2025]

E. Request for Oral Argument Regarding Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 61, filed on May 12, 2025]

F. Notice of Completion of Briefing Regarding Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 62, filed on May 15, 2025]

G. Order Granting Defendants' Motion to Exceed the Page Limit with Respect to Defendants' Reply in Support of Their Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 64, filed on May 28, 2025]

H. Letter to the Honorable Chief Judge Karen B. Owens from Christopher J. Dunne Regarding Schedule for Oral Argument on Defendants' Motions to Compel Arbitration [Adv. D.I. 69, filed on August 8, 2025]

I. [REDACTED] Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 30, filed on January 29, 2025]

J. [REDACTED] Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 31, filed on January 29, 2025]

K. Notice of Filing of Unredacted Version of Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 39, filed on February 20, 2025]

L. [REDACTED] Notice of Filing of Revised Proposed Redacted Version of Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 40, filed on February 20, 2025]

M. Defendants' Reply in Support of their Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 59, filed on May 8, 2025]

N. Defendants' Motion to Exceed the Page Limit with Respect to Defendants' Reply in Support of Their Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 60, filed on May 8, 2025]

Status: This matter is going forward only with respect to Defendants' motion to compel arbitration and related motion to stay.

26. Plaintiff's Motion to Compel Defendant to Produce Documents and Respond to Plaintiff's Interrogatories [*FTX Recovery Trust v. Nawaaz Mohammad Meerun*, Adv. No. 24-50198 - Adv. D.I. 58, filed on August 22, 2025]

    Response Deadline: September 10, 2025

    Responses Received:

    A. Defendant Mohammad Nawaaz Meerun's Opposition to Plaintiff's Motion to Compel Discovery [Adv. D.I. 61, filed on September 5, 2025]

    Related Documents:

    A. Declaration of Christopher J. Dunne in Support of Plaintiff's Motion to Compel Defendant to Produce Documents and Respond to Plaintiff's Interrogatories [Adv. D.I. 59, filed on August 22, 2025]

    B. Notice of Hearing [Adv. D.I. 60, filed on September 4, 2025]

    Status: This matter is going forward.

| | |
|---|---|
| Dated: September 10, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |